UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| for the Use and Benefit of ANNA SMITH d/b/a § | |
| BRAZOS VALLEY TILE INSTALLATIONS § | |
|    *Plaintiff,* § | CIVIL ACTION NO. 6:22-cv-00907 |
| § | |
| vs. § | |
| § | |
| C3, LLC dba CUETO CONSULTING AND § | |
| CONSTRUCTION, LLC, ANDREW CUETO, § | |
| and LEXON INSURANCE § | |
| COMPANY § | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is stipulated and agreed to by Plaintiff and Plaintiff's attorney and the Defendants and Defendants' attorneys that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-titled action shall be and hereby is dismissed without prejudice.

        Respectfully submitted,

        **BEARD KULTGEN BROPHY**
        **BOSTWICK & DICKSON, PLLC**

        */s/ Dan N. MacLemore*
        Dan N. MacLemore
        State Bar No. 24037013
        Frederick deB. Bostwick, III
        State Bar No. 02682500
        220 South Fourth Street
        Waco, Texas 76701
        (254) 776-5500 – Telephone
        (254) 776-3591 – Fax
        bostwick@thetexasfirm.com
        maclemore@thetexasfirm.com

        ***ATTORNEYS FOR PLAINTIFF***

*Robert Fitzgerald*
_____
Robert M. Fitzgerald
State Bar No. 07088900
Law Offices of Robert M. Fitzgerald, PC
1219 FM 314
Van, Texas 75790
903-963-7550 (Telephone)
903-963-7551 (Facsimile)
Email: rfitzgerald@rmflaw.net
***ATTORNEYS FOR DEFENDANT
LEXON INSURANCE COMPANY***

_____
**PAUL H. SANDERFORD**
State Bar No. 17578500
1002 Arbor Park Drive, Suite 100
Belton, Texas 76513
Telephone: 254-773-8311
Facsimile: 254-773-9175
E-mail: Paul@txconstructionlaw.com
***ATTORNEYS FOR CUETO CONSULTING &
CONSTRUCTION, LLC and ANDREW CUETO***

## CERTIFICATE OF SERVICE

I certify that on March 24, 2023 a true and correct copy of the foregoing document was served to on Defendant and/or Defendant's counsel of record via facsimile, regular mail, certified mail, email and/or electronically through the Court's Filing Manager.

_____
Dan N. MacLemore