UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> for the Use and Benefit of ANNA SMITH d/b/a <br> BRAZOS VALLEY TILE INSTALLATIONS <br> *Plaintiff,* <br> <br> vs. <br> <br> C3, LLC dba CUETO CONSULTING AND <br> CONSTRUCTION, LLC, ANDREW CUETO, <br> and LEXON INSURANCE <br> COMPANY | § <br> § <br> § <br> § CIVIL ACTION NO. 6:22-cv-00907 <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

### ORDER CLOSING CASE

Before the Court is the above entitled cause. The parties filed a Stipulation of Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on March 24, 2023, which the Court has reviewed and now approves. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED.**

Signed this the 27th day of March, 2023.

_____
JUDGE PRESIDING